IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HAROLD ALLAN PATE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4923

Opinion filed January 22, 2015.

An appeal from an order of the Circuit Court for Holmes County.
Colby Peel, Acting Circuit Judge.

Harold Allan Pate, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.